In the Matter of the Application of Luigi Leone, Respondent, for a Mandamus Order against Harry K. Brewer and Others, Constituting the Building Commission of the Town of Mamaroneck, Appellants.— Peremptory mandamus order reversed upon the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. Upon the record before this court, the petitioner is not entitled to the order as matter of law. Young, Rich, Kapper, Hagarty and Seeger, JJ., concur.

In the Matter of the Final Judicial Settlement of the Accounts of Samuel Glock and James Patterson, as Executors, etc., of James S. Merritt, Deceased. — Decree of the Surrogate's Court of Westchester county, in so far as appealed from, unanimously affirmed, with costs payable out of the estate. No opinion. Present — Young, Rich, Kapper, Lazansky and Hagarty, JJ.

Napthalie Meyer, Appellant, v. United Broom Manufacturing Co., Inc., Respondent.— Order granting defendant's motion for judgment on the pleadings affirmed, with ten dollars costs and disbursements. Equity will not enforce an oral lease under the circumstances set forth in the complaint. If the facts indicate a lease, plaintiff would have an adequate remedy at law. ·Lazansky, P. J., Rich, Kapper, Seeger and Carswell, JJ., concur.

Julius Michel, Respondent, v. Morris White, Inc., Appellant.— Order, as resettled, granting plaintiff's motion for examination before trial and for discovery and inspection, affirmed, with ten dollars costs and disbursements. (*Gemson* v. *Perreault*, 201 App. Div. 649; *Fey* v. *Wisser*, 206 id. 520.)   Lazansky, P. J., Kapper, Young, Hagarty and Carswell, JJ., concur.

James M. Mortensen, Respondent, v. Magoba Construction Company, Inc., Appellant, and Another, Defendant.— Judgment, and order denying motion to set aside the verdict* and for a new trial, affirmed, with costs. No opinion. Rich, Kapper, Seeger and Carswell, JJ., concur; Lazansky, P. J., dissents.

Frederick A. Norton, Respondent, v. Carbide & Carbon Realty Company, Inc., a Domestic Corporation, Appellant.— Order granting motion to strike out defense of new matter affirmed, with ten dollars costs and disbursements. (*Doran* v. *N. Y. City Interborough R. Co.*, 239 N. Y. 448.)   The appellant stands upon the force of its pleading without any suggestion of the right to plead over. Lazansky, P. J., Rich, Kapper, Seeger and Carswell, JJ., concur.